**Opinion issued February 27, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-19-01010-CV

———————————

**HALDOR TOPSOE, INC., Appellant**

**V.**

**ORION ENGINEERED CARBONS, LLC AND ORION ENGINEERED CARBONS GMBH, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-69832**

---

## MEMORANDUM OPINION

Appellant, Haldor Topsoe, Inc., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.